United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 25-10187-EPK |
| Jarrell Miller | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 10, 2025 | Form ID: 309B | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jarrell Miller, 3406 Boulevard Chatelaine, Delray Beach, FL 33445-2247 |
| 97785399 | | Aloma Miller, 240-23 141st Avenue, Bellmore , NY 11710 |
| 97785402 | + | Bulldog Boxing Promotions LLC, 20 East Main Street, Stony Point, NY 10980-1645 |
| 97785406 | + | ChaseLawyers, Attn.: Gregory Bloom, Esq., 21 SE 1st Avenue, Suite 700, Miami, FL 33131-1025 |
| 97785407 | + | Cobalt Lofts, PO Box 3630, Everett, WA 98213-8630 |
| 97785408 | + | Comerica Bank, 2000 Avenue of the Stars, Los Angeles, CA 90067-4704 |
| 97785410 | + | Credit Collection Services- GEICO Casualty Co, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2609 |
| 97785412 | + | David Berlin, Esq., 207 East 94th Street (Mezzanine Level), New York, NY 10128-3705 |
| 97785411 | + | David Berlin, Esq., 16 East 96th Street, Suite 1B, New York, NY 10128-0784 |
| 97785414 | | Goldstar Prommotions and Events Ltd., Charter House Stansfield Street Nelson B, Lancashire UK, BB9 9XY |
| 97785415 | + | Grant Cudjoe, 216-17 Merrick Blvd., Laurelton, NY 11413-1461 |
| 97785416 | + | Ishelle Miller, 601 Beach 69th Street, Arverne, NY 11692-1339 |
| 97785417 | + | Jamal Hamid, 193 GJarfield Ave., Mineola, NY 11501-2558 |
| 97785418 | + | John S. Wirt, Esq., 2295 S Ocean Blvd Apt 314, Palm Beach, FL 33480-5381 |
| 97785419 | + | John Wirt, Esq., Wirt & Wirt, P.A., 3135 Bobby Jones Drive, Pace, FL 32571-8441 |
| 97785420 | + | Kevin Moriah, 259-52 147th Road, Queens , NY 11422-2912 |
| 97785421 | + | Law Offices of Leon R. Margules, P.A., k/k/a, 633 South Andrews Avenue, Suite 500, Fort Lauderdale, FL 33301-2858 |
| 97785422 | + | Margules Law Group, P.A., f/k/a Law Offices of Leon R. Margules, P, 7805 SW 6th Court, Plantation, FL 33324-3203 |
| 97785423 | + | Miller & Miller Ventures, LLC, 3406 BOULEVARD CHATELAINE, Delray Beach, FL 33445-2247 |
| 97785424 | + | Miller Time Promotions, LLC, 2455 N. Old Dixie Hwy., Delray Beach, FL 33483-6146 |
| 97785425 | + | Nannan Singh, 478 Merrick Road, Lynbrook, NY 11563-2406 |
| 97785426 | + | Nexum Group, 3700 34th Street, Suite 240, Orlando, FL 32805-6607 |
| 97785427 | + | Peter B. Foster, Esq., Foster & Wolkind, P.C., 80 Fifth Ave., Suite 1401, New York, NY 10011-8097 |
| 97785429 | | Salita Promotions Corp, 9566 Northwestern Highway, Suite 220, Southfield, MI 48034 |
| 97785428 | + | Salita Promotions Corp, 29566 Northwestern Highway, Suite 220, Southfield, MI 48034-1036 |
| 97785430 | + | Salita Promotions Corp., 5458 Claridge Lane, West Bloomfield, MI 48322-3862 |
| 97785431 | + | Star of David, Inc., 29566 Northwestern Highway, Suite 220, Southfield, MI 48034-1036 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: gaaronson@aspalaw.com | Jan 10 2025 23:00:00 | Geoffrey S. Aaronson, 2 South Biscayne Blvd., 34th Floor, Miami, FL 33131 |
| tr | + | EDI: FRCFURR.COM | Jan 11 2025 03:27:00 | Robert C Furr, www.furrtrustee.com, 2255 Glades Road Ste 419A, Boca Raton, FL 33431-7379 |
| smg | | EDI: FLDEPREV.COM | Jan 11 2025 03:27:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Ft Lauderdale, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jan 10 2025 23:02:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 97785398 | + | EDI: GMACFS.COM | Jan 11 2025 03:27:00 | Ally Financial, Inc., Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 97785401 | + | EDI: TSYS2 | Jan 11 2025 03:27:00 | Barclays, Attn: Bankruptcy, PO Box 8801, |

| District/off: 113C-9 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 10, 2025 | Form ID: 309B | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| | | | | Wilmington, DE 19899-8801 |
| 97785400 | + EDI: TSYS2 | | | |
| | | | Jan 11 2025 03:27:00 | Barclays, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 97785403 | EDI: CAPITALONE.COM | | | |
| | | | Jan 11 2025 03:27:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 97785405 | + EDI: CAPITALONE.COM | | | |
| | | | Jan 11 2025 03:27:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 97785413 | + Email/Text: ANGIES@GENESISCRED.COM | | | |
| | | | Jan 10 2025 23:02:00 | Genesis Credit Management, Attn: Bankruptcy, PO Box 3630, Evertt, WA 98213-8630 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 97785404 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 97785409 | *+ | Comerica Bank, 2000 Avenue of the Stars, Los Angeles, CA 90067-4704 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2025         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Geoffrey S. Aaronson | on behalf of Debtor Jarrell Miller gaaronson@aspalaw.com 5408891420@filings.docketbird.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robert C Furr | trustee@furrtrustee.com rcf@trustesolutions.net |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Jarrell Miller<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–5175<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Southern District of Florida | Date case filed for chapter:  7  1/9/25 |
| Case number: | 25-10187-EPK | |

## Notice of Chapter 7 Bankruptcy Case – Proof of Claim Deadline Set

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See box 9)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.**
**To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court. Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**WARNING TO DEBTOR: WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE FAILURE TO TIMELY PAY FILING FEE INSTALLMENTS, FAILURE TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS, AND FOR FAILURE TO FILE PRE-BANKRUPTCY CERTIFICATION OF CREDIT COUNSELING OR FILE WAGE DOCUMENTATION.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Jarrell Miller | |
| 2. | **All Other Names Used in the Last 8 Years** | aka Big Baby Miller | |
| 3. | **Address** | 3406 Boulevard Chatelaine<br>Delray Beach, FL 33445 | |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and Address | Geoffrey S. Aaronson<br>2 South Biscayne Blvd., 34th Floor<br>Miami, FL 33131 | Contact Phone 786.594.3000 |
| 5. | **Bankruptcy Trustee**<br>Name and Address | Robert C Furr<br>www.furrtrustee.com<br>2255 Glades Road Ste 419A<br>Boca Raton, FL 33431 | Contact Phone 561-395-1840 |
| 6. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Flagler Waterview Bldg<br>1515 N Flagler Dr #801<br>West Palm Beach FL 33401 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (561) 514-4100 |
| | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll-free at (866) 222-8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | | **Note:** Contact the Clerk's Office at the number listed above or check the court's website for reduced hours of operation for in-person filings.<br><br>Clerk of Court: **Joseph Falzone**<br>Dated: **1/10/25** |

Local Form 309B USBC SDFL (Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case – Proof of Claim Deadline Set**  page 1
(09/01/2023)

| | | |
|---|---|---|
| **7.** ** MEETING OF CREDITORS **<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must be present with required original government–issued photo identification and proof of social security number (or if applicable, Tax ID). Creditors may attend, but are not required to do so. | **February 12, 2025** at **11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | ***MEETING WILL BE HELD BY VIDEO CONFERENCE***<br><br>**Go to www.Zoom.us, click on JOIN or call (561) 710–6932, Enter Meeting ID 936 998 1563, and Passcode 4568868217**<br> For additional meeting information visit: www.justice.gov/ust/moc |
| **8. Presumption of Abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. Writing a letter to the court or judge is not sufficient.<br><br>A discharge of debtor will not be issued until the Official Bankruptcy Form "Certification About a Financial Management Course" is filed by the debtor (unless the course provider filed a certificate of completion of the financial management course on behalf of the debtor). | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>   if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>   if you want to have a debt excepted from discharge<br>   under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion** if you assert that the discharge<br>   should be denied under § 727(a)(8) of (9). | **Filing Deadline:** 4/14/25 |
| **When Filing Proofs of Claim:**<br><br>Claims may be delivered or mailed to the clerk's office. Creditors with internet access have the option to use the electronic claims filing program on the court website at www.flsb.uscourts.gov to electronically file a proof of claim. | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. **The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions.** | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors, or within 30 days of any amendment to the list of supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) and Local Rule 4003–1(B) for converted cases. |
| **Deadlines for Filing Proofs of Claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.flsb.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. If this is a converted case proofs of claim filed under the initial chapter shall be deemed filed and need not be refiled. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**3/20/25**<br><br>**Deadline for governmental units to file a proof of claim:**<br>**7/8/25** |
| **10. Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. | |
| **11. Liquidation of the Debtor's Property and Payment of Creditors' Claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. | |
| **12. Abandonment of Property by Trustee, Deadline to Object to Trustee's Report** | Pursuant to Local Rule 6007–1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within two business days. Objections to the report must be filed within 14 days of the meeting. | |
| **13. Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov. **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Notices Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |

| | |
|---|---|
| **14. Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. |