United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 25-10187-EPK |
| Jarrell Miller | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 13, 2025 | Form ID: CGFD65 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jarrell Miller, 3406 Boulevard Chatelaine, Delray Beach, FL 33445-2247 |
| 97785399 | | Aloma Miller, 240-23 141st Avenue, Bellmore , NY 11710 |
| 97826320 | + | Bryan Wolkind, Foster & Wolkind, P.C., 80 Fifth Avenue, Suite 1401, New York, NY 10011-8097 |
| 97785402 | + | Bulldog Boxing Promotions LLC, 20 East Main Street, Stony Point, NY 10980-1645 |
| 97785406 | + | ChaseLawyers, Attn.: Gregory Bloom, Esq., 21 SE 1st Avenue, Suite 700, Miami, FL 33131-1025 |
| 97785407 | + | Cobalt Lofts, PO Box 3630, Everett, WA 98213-8630 |
| 97826321 | + | Comerica Bank, Foster & Wolkind, P.C., 80 Fifth Avenue, Suite 1401, New York, NY 10011-8097 |
| 97785408 | + | Comerica Bank, 2000 Avenue of the Stars, Los Angeles, CA 90067-4704 |
| 97785410 | + | Credit Collection Services- GEICO Casualty Co, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2609 |
| 97785412 | + | David Berlin, Esq., 207 East 94th Street (Mezzanine Level), New York, NY 10128-3705 |
| 97785411 | + | David Berlin, Esq., 16 East 96th Street, Suite 1B, New York, NY 10128-0784 |
| 97785414 | | Goldstar Prommotions and Events Ltd., Charter House Stansfield Street Nelson B, Lancashire UK, BB9 9XY |
| 97785415 | + | Grant Cudjoe, 216-17 Merrick Blvd., Laurelton, NY 11413-1461 |
| 97785416 | + | Ishelle Miller, 601 Beach 69th Street, Arverne, NY 11692-1339 |
| 97785417 | + | Jamal Hamid, 193 GJarfield Ave., Mineola, NY 11501-2558 |
| 97785418 | + | John S. Wirt, Esq., 2295 S Ocean Blvd Apt 314, Palm Beach, FL 33480-5381 |
| 97785419 | + | John Wirt, Esq., Wirt & Wirt, P.A., 3135 Bobby Jones Drive, Pace, FL 32571-8441 |
| 97785420 | + | Kevin Moriah, 259-52 147th Road, Queens , NY 11422-2912 |
| 97785421 | + | Law Offices of Leon R. Margules, P.A., k/k/a, 633 South Andrews Avenue, Suite 500, Fort Lauderdale, FL 33301-2858 |
| 97785422 | + | Margules Law Group, P.A., f/k/a Law Offices of Leon R. Margules, P, 7805 SW 6th Court, Plantation, FL 33324-3203 |
| 97785423 | + | Miller & Miller Ventures, LLC, 3406 BOULEVARD CHATELAINE, Delray Beach, FL 33445-2247 |
| 97785424 | + | Miller Time Promotions, LLC, 2455 N. Old Dixie Hwy., Delray Beach, FL 33483-6146 |
| 97785425 | + | Nannan Singh, 478 Merrick Road, Lynbrook, NY 11563-2406 |
| 97785426 | + | Nexum Group, 3700 34th Street, Suite 240, Orlando, FL 32805-6607 |
| 97785427 | + | Peter B. Foster, Esq., Foster & Wolkind, P.C., 80 Fifth Ave., Suite 1401, New York, NY 10011-8097 |
| 97785429 | | Salita Promotions Corp, 9566 Northwestern Highway, Suite 220, Southfield, MI 48034 |
| 97785428 | + | Salita Promotions Corp, 29566 Northwestern Highway, Suite 220, Southfield, MI 48034-1036 |
| 97785430 | + | Salita Promotions Corp., 5458 Claridge Lane, West Bloomfield, MI 48322-3862 |
| 97785431 | + | Star of David, Inc., 29566 Northwestern Highway, Suite 220, Southfield, MI 48034-1036 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: OGCBankruptcy@floridarevenue.com | Feb 13 2025 22:42:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Ft Lauderdale, FL 32314-6668 |
| 97785398 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 13 2025 22:43:00 | Ally Financial, Inc., Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 97785401 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 13 2025 22:45:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 97785400 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 13 2025 22:45:00 | Barclays, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 97785403 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 13 2025 22:54:09 | Capital One, Attn: Bankruptcy, PO Box 30285, |

District/off: 113C-9          User: admin                                        Page 2 of 2
Date Rcvd: Feb 13, 2025       Form ID: CGFD65                                    Total Noticed: 37

| | | | | |
|---|---|---|---|---|
| | | | | Salt Lake City, UT 84130-0285 |
| 97785405 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 13 2025 23:06:10 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 97801478 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 13 2025 22:54:09 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 97785413 | + | Email/Text: ANGIES@GENESISCRED.COM | Feb 13 2025 22:44:00 | Genesis Credit Management, Attn: Bankruptcy, PO Box 3630, Evertt, WA 98213-8630 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 97785404 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 97785409 | *+ | Comerica Bank, 2000 Avenue of the Stars, Los Angeles, CA 90067-4704 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 15, 2025                        Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Geoffrey S. Aaronson | on behalf of Debtor Jarrell Miller gaaronson@aspalaw.com 5408891420@filings.docketbird.com;lbenavides@aspalaw.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robert C Furr | trustee@furrtrustee.com rcf@trustesolutions.net |

TOTAL: 3

CGFD65 (10/01/16)



**ORDERED in the Southern District of Florida on February 13, 2025**

**Erik P. Kimball**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 25−10187−EPK**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Jarrell Miller
aka Big Baby Miller
3406 Boulevard Chatelaine
Delray Beach, FL 33445

SSN: xxx−xx−5175

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

    Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

*# # #*

* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*