

**ORDERED in the Southern District of Florida on February 25, 2025.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 25-10187-EPK |
| | Chapter 7 |
| JARRELL MILLER | |
|     Debtor. | |
| _____/ | |

### *EX PARTE* ORDER APPROVING TRUSTEE'S
### *EX PARTE* APPLICATION FOR EMPLOYMENT OF ATTORNEY

THIS MATTER came before the Court upon the *Ex Parte Application for Employment of Attorney* [ECF No. 16], filed by Robert C. Furr, Trustee requesting authorization to employ Marc P. Barmat, Esquire and the Law Firm of Furr Cohen to represent the trustee in this case. Upon the representations that Marc P. Barmat, Esquire is duly qualified to practice in this Court pursuant to Local Rule 2090-1, that Marc P. Barmat, Esquire and Furr Cohen hold no interest adverse to the estate in the matters upon which they are engaged, that Marc P. Barmat, Esquire and Furr Cohen

are disinterested persons as required by 11 U.S.C. § 327(a) and have disclosed any connections with parties set forth in F.R.B.P. 2014, and that their employment is necessary and would be in the best interests of the estate, it is

**ORDERED** that the Trustee is authorized to employ Marc P. Barmat, Esquire of the Law Firm of Furr Cohen as attorney for the Trustee, on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330 at the hourly rates identified in the Application and Affidavit attached thereto.

###

**Submitted by:**
Marc P. Barmat, Esquire
Furr and Cohen, P.A.
*Attorneys for Trustee*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532
Email: mbarmat@furrcohen.com

*Attorney Barmat is directed to serve a copy of this Order on all required parties and file a Certificate of Service with the Court.*