

**ORDERED in the Southern District of Florida on August 1, 2025.**

*[signature]*

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

JARRELL MILLER,                                    Case No. 25-10187-EPK

    Debtor.                                    Chapter 7

_____/

**THIRD AGREED ORDER EXTENDING TIME TO OBJECT TO DISCHARGE
AND TO DISCHARGEABILITY OF CERTAIN DEBTS**

THIS MATTER came before the Court upon the *Agreed Ex Parte Third Motion to Extend Deadline to File Complaint Objecting Discharge and to Dischargeability of Certain Debts* [ECF No. 89] (the "Motion") filed by Salita Promotions Corp. and Star of David, Inc ("Movants").

The Court having reviewed the Motion, noting the agreement of Movants and Jarrell Miller (the "Debtor"), and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

    1.    The Motion [ECF No. 89] is **GRANTED**.

{2468/000/00564921}

2.      The deadline for Salita Promotions Corp. and Star of David, Inc. to file a complaint objecting to the Debtor's discharge under 11 U.S.C. § 727 or to the dischargeability of certain debts under 11 U.S.C. § 523(c) is extended through September 1, 2025.

# # #

SUBMITTED BY:

Samuel Hess, Esq.
**SHRAIBERG PAGE P.A.**
Counsel for Creditors
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: shess@slp.law

Samuel Hess is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

{2468/000/00564921}