# EXHIBIT 3A

## AMENDMENT NO. 2 TO
## CO-PROMOTIONAL RIGHTS AGREEMENT

**THIS AMENDMENT NO. 2 TO CO-PROMOTIONAL RIGHTS AGREEMENT** (the "Second Amendment") dated as of June 13, 2022, amends that certain Co-Promotional Rights Agreement among Salita Promotions Corp. ("SPC"), Miller Time Promotions, LLC ("MTP") and Jarrell Miller ("Fighter") dated as of June 2, 2017, as amended by Amendment No. 1 to Co-Promotional Rights Agreement dated as of February 4, 2019 (together the "Settlement Agreement").

**WHEREAS**, SPC, MTP and Fighter desire to amend the Settlement Agreement with respect to certain terms and conditions as hereinafter set forth.

**NOW, THEREFORE**, in consideration of the payment of ten dollars by SPC to each of MTP and Fighter, in addition to the mutual promises and agreements hereinafter set forth, and of other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged by both parties, the parties hereto hereby agree as follows:

1.     The parties hereby reaffirm the Settlement Agreement and affirm that the Settlement Agreement remains in full force and effect.

2.     The parties acknowledge that pursuant to the Settlement Agreement, SPC retains the right to promote Fighter's next three (3) bouts, without any intervening bouts, and agree that the term of the Settlement Agreement will continue until the completion of the three (3) bouts.

3.     The parties acknowledge that pursuant to the Settlement Agreement, for each of the three bouts Fighter shall receive 70% and SPC shall receive 30% of the applicable Net Revenues.   SPC represents, and Fighter acknowledges, that pursuant to a separate co-promotional agreement between SPC and Greg Cohen Promotions ("GCP"), SPC will split its share of the applicable Net Revenues with GCP such that each of SPC and GCP shall receive 15% of the Net Revenues.

4.     The parties agree that SPC, along with GCP, will make best efforts to arrange for Fighter to participate in up to two additional bouts (the "Additional Bout(s)"), one on June 23, 2022 in Buenos Aires, Argentina as part of the WBA KO Drugs event, and one on July 1, 2022 in Nashville, Tennessee; and SPC and GCP further agree to be equally responsible (50/50) for all promotional costs associated with the Additional Bouts.   For each such Additional Bout, Fighter will receive a purse of Ten Thousand U.S. Dollars ($10,000.00) along with airfare, accommodations and per diem for Fighter plus two team members. The parties agree that the Additional Bout(s) will not count toward the three bouts referenced in paragraphs 2 and 3 above.   For avoidance of doubt, the parties agree that SPC and GCP shall also co-promote Fighter's next three (3) bouts immediately following the Additional Bout(s) without any intervening bouts.

5.    The parties understand and agree that except for the amendment to the Settlement Agreement provided above, all of the terms and conditions of the Settlement Agreement shall continue in full force and effect and the parties hereto hereby ratify and reaffirm the Settlement Agreement as amended hereby.

**IN WITNESS WHEREOF**, the parties have executed this Amendment No. 2 to Co-Promotional Rights Agreement as of the date first written above.

SALITA PROMOTIONS CORP.

_____
By: Dmitriy Salita, President

_____  6/15/2022
Jarrell Miller, Fighter

MILLER TIME PROMOTIONS, LLC
d/b/a BIG BABY MILLER

By: _____  6/15/2022
Jarrell Miller, President


SPC and GCP affirm that their Co-Promotion Agreement signed as of November 10, 2014 ("GCP Agreement") remains in full force and effect, and that pursuant to the GCP Agreement, SPC and GCP share equally in the promotional rights to the professional boxing career of Fighter.   GCP agrees to the above terms as set forth in this Amendment No. 2.

GREG COHEN PROMOTIONS LLC

_____
By: Greg Cohen, President

SALITA PROMOTIONS CORP.

_____
By: Dmitriy Salita, President

2