# EXHIBIT 4

## Miller offer

From: Greg Bloom (greg@chaselawyers.com)

To: davidberlin13@yahoo.com

Date: Tuesday, November 19, 2024 at 04:01 PM GMT+2

David,

We've received a written offer from Queensbury for Jarrell to fight Derek Chisora on February 8 in Manchester UK. The monetary terms are as follows:

$1,000,000.00 fee to be put into an escrow account upon signing

Two options as follows:

Bout 1 - $1,500,000.00 minimum to be negotiated in good faith and if fight in Saudi or opponent Fury, Joshua or Usyk then minimum is to be negotiated in good faith.

Bout 2 - same as above

Please let me know within the contracted time period how Salita will choose to proceed.

Regards,

Greg
Sent from my iPhone