# EXHIBIT 5

## Miller - Written Offer

From:  Greg Bloom (greg@chaselawyers.com)

To:  davidberlin13@yahoo.com

Date:  Tuesday, November 19, 2024 at 08:00 PM GMT+2

David,

Attached please find the written offer from QP for Jarrell.  Please confirm receipt and that the 10 day window will begin today.

Regards,

Greg


Sent from my iPhone

 Jarrell Miller Offer.pdf
119.6kB