# EXHIBIT 6

Case 25-10187-EPK    Doc 94-7    Filed 08/01/25    Page 1 of 2



**Jarrell Miller Offer**

**Bout Details**

Opponent: Derek Chisora
Date: February 8, 2025
Venue: Manchester, U.K.

**Consideration**

Purse: $1,000,000 to be lodged in escrow upon execution
Upside: 33% of all net profits on ticket sales above £1,500,000 GBP.

**Future Rights**

2 Options

Option 1: Minimum of $1,500,000 negotiated in good faith based on financing (e.g., Riyadh Season), broadcaster, and opponent (e.g., Usyk, Dubois, etc).

Option 2: Same as Option 1

Queensberry Promotions
Turnford Place, Turnford, Herts, EN10 6NH    Tel: 01992 505550    Fax: 01992 505552    www.frankwarren.com

QUEENSBERRY PROMOTIONS LTD    REGISTERED IN ENGLAND AND WALES    NO: 07359155    REGISTERED OFFICE: TURNFORD PLACE, TURNFORD HERTS, EN10 6NH