# EXHIBIT 8

Re: Miller - Written Offer

From: Greg Bloom (greg@chaselawyers.com)

To: davidberlin13@yahoo.com

Cc: ds@salitapromotions.com; jwirt@wirtlawfirm.com

Date: Thursday, November 21, 2024 at 05:01 PM GMT+2

David,

I did not get the opportunity to speak with Jarrell yesterday.

I will let him know of your decision.

Regards,

Greg

> On Nov 21, 2024, at 9:23 AM, David Berlin <davidberlin13@yahoo.com> wrote:

Hi Greg,

John and I spoke with you yesterday about a possible global resolution of all outstanding issues between Jarrell Miller ("Jarrell") and Salita Promotions ("SP"). You said that you would speak with Jarrell and would try to be back to us later in the day. We have not heard back from you.

Pursuant to paragraph 16(b) of the Promotional Agreement between SP and Jarrell, please be advised that SP has decided to match the third party offer that you sent to us on November 19 and that is attached. In the language of the Promotional Agreement, and so that there is absolute clarity, SP accepts Jarrell's "written offer...to enter into an agreement with [SP]...on the same Financial Terms...offered by or to Fighter to or by said third party or parties."

Those financial terms are as follows:

**Consideration**
Purse: $1,000,000 to be lodged in escrow upon execution
Upside: 33% of all net profits on ticket sales above £1,500,000 GBP.

**Future Rights**
2 Options
Option 1: Minimum of $1,500,000 negotiated in good faith based on financing (e.g., Riyadh Season), broadcaster, and opponent (e.g., Usyk, Dubois, etc).
Option 2: Same as Option 1

Please remind your client of his obligation, pursuant to paragraph 17 of the Promotional Agreement, that he must "not criticize, ridicule, or make
any statement that disparages or is derogatory of any other party, or any of its members, investors, officers, directors, agents or employees." Any breach of this provision will require SP to enforce its contractual rights in a court of law.

Please know, Greg, that we remain open to having a discussion with you about the possibility of an amicable resolution of this matter.

I look forward to hearing from you.

Sincerely,
David

**David Berlin**
**Attorney at Law**
WhatsApp:(917) 202-8700
Direct:      (917) 338-6360
davidberlin13@yahoo.com
https://boxinglegal.com/

On Wednesday, November 20, 2024 at 05:54:56 PM GMT+2, David Berlin <davidberlin13@yahoo.com> wrote:

Greg,

You have acknowledged in your email that there is in fact an agreement that has been negotiated between Jarrell Miller and Queensberry - which is what we suspected and was the reason for my request.  This is anything but semantics.  Rather, it is a demand for what Jarrell is contractually bound to provide: "a copy of the actual offer received by Fighter from such third party."  The promotional agreement between Salita Promotions and Jarrell is crystal clear and we are not required to rely on your judgment as to what is "pertinent."  Please be advised that we have no desire to "stretch things out," as you accuse; on the contrary, you are deliberately stretching out this process by refusing to provide what you are contractually required to provide.  Please rectify your breach immediately so that Salita Promotions can make its decision about whether to match.

In your email, you reference other outstanding issues between the parties.  Please know that we are prepared - as we have indicated to you from the moment you started to represent Jarrell - to discuss  those outstanding issues along with the current third party offer with the hope that we can agree on a global resolution.

I look forward to your response.

David

On Wednesday, November 20, 2024 at 03:08:47 PM GMT+2, Greg Bloom <greg@chaselawyers.com> wrote:

David,

These semantics are ridiculous.  The terms of the agreement that you need to see to decide if you want to match are solely and specifically the economic terms.  Not only have you been provided them as of yesterday in their entirety, on letterhead from QP, from an attorney representing them, but your client has already used that financial information to call George Warren to try and insert himself into a conversation regarding the ancillary legal matters pending between the parties.  As such, we are going to consider our obligations met as far as sending you exactly what your client needs to decide if he wants to exercise his right.  There is nothing in the rest of that agreement that is pertinent

for these discussions, and your client cannot use this information to his benefit and then claim you need the full agreement before you'll start the matching period to make a decision. This is just another attempt to stretch things out under the guise of needing information to fulfill a legal obligation that has already been satisfied.

I'd like to understand what else in the agreement you believe is needed since you only have an interest and decision to make based on the financial terms? This is truly unnecessary and a waste of both of our time and if this has to go to court it will definitely be a waste of judicial resources.

Regards,

Greg

> On Nov 19, 2024, at 2:08 PM, David Berlin <davidberlin13@yahoo.com> wrote:
>
> Greg,
>
> In my experience, a promotional offer generally comes in the form of a contract. If Jarrell has received a contract or a writing that is different than the page titled "Jarrell Miller Offer" that you sent, then it would need to be turned over to Salita Promotions pursuant to section 16 of the promotional agreement.
>
> Please provide the necessary documents - or if you are claiming that the one page that you sent is everything that has been provided by Queensberry, then please confirm that representation.
>
> Once we resolve this issue, I will confirm the time period which Salita Promotions has to match.
>
> Thank you.
> David
>
> **David Berlin**
> **Attorney at Law**
> WhatsApp:(917) 202-8700
> Direct:      (917) 338-6360
> davidberlin13@yahoo.com
> https://boxinglegal.com/
>
>
> On Tuesday, November 19, 2024 at 08:00:51 PM GMT+2, Greg Bloom <greg@chaselawyers.com> wrote:
>
>
> David,
>
> Attached please find the written offer from QP for Jarrell. Please confirm receipt and that the 10 day window will begin today.
>
> Regards,
>
> Greg
>
>
> Sent from my iPhone
> <Jarrell Miller Offer.pdf>

&lt;2024-11-19 Jarrell Miller Offer from Queensberry.pdf&gt;