# EXHIBIT 10

Re: Jarrell Miller - breach of contract

From:  Achilles Miller (bigbabyrentals@gmail.com)

To:    davidberlin13@yahoo.com

Cc:    jwirt@wirtlawfirm.com; greg@chaselawyers.com; mitriy1@aol.com

Date:  Saturday, November 30, 2024 at 07:05 AM GMT+2

Fuck yall. I will never fight for yall
Or partner with you fucking crooks kick rocks

> On Fri, Nov 29, 2024 at 11:15 AM David Berlin <davidberlin13@yahoo.com> wrote:
>
> Hi Greg,
>
> As you see, Jarrell has failed to confirm that he will honor SP's promotional rights to his next
> three bouts.  Instead, he has done the opposite, once again making clear that he will not
> honor his contractual obligations.  We reserve the right to bring suit against Jarrell for his
> breach but hope that he will rethink the situation and confirm his willingness to engage in
> future bouts.  Unless and until your client cures his breach and confirms he will honor SP's
> promotional rights to his next three bouts, SP is exercising its contractual rights and
> suspending its performance of the agreement due to Jarrell's material breach.
>
> This email does not purport to be a complete statement of the facts or the law with respect
> to this matter and is without prejudice to any of my client's rights, interests or remedies at
> law, in equity or otherwise, all of which are hereby expressly reserved.
>
> Sincerely,
> David
>
> **David Berlin**
> **Attorney at Law**
> WhatsApp:(917) 202-8700
> Direct:     (917) 338-6360
> davidberlin13@yahoo.com
> https://boxinglegal.com/
>
>
> On Wednesday, November 27, 2024 at 08:08:31 PM GMT+2, Achilles Miller <bigbabyrentals@gmail.com> wrote:
>
>
> I'm not retracting shit you bunch of Faget's.
> Y'all are low lifes dog shit eating Bamboons y'all not getting shit out of me fuck tards. Rape some other fighters
> Low life scums