UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Jarrell Miller                                                              Case No. 25-10187-EPK
                                                                            Chapter 7
    Debtor.
_____/

## NOTICE TO WITHDRAW DOCUMENT

Salita Promotions Corp. and Star of David Inc. (together "Movants") by and through undersigned counsel, hereby withdraw the *Answer and Affirmative Defenses* [ECF No. 94].

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case on August 1, 2025.

    Respectfully submitted,

    **SHRAIBERG PAGE, P.A.**
    Attorneys for Movants
    2385 NW Executive Center Drive, Suite 300
    Boca Raton, Florida 33431
    Telephone: 561-443-0800
    Facsimile: 561-998-0047
    Email: bss@slp.law

By:   /s/ *Bradley S. Shraiberg*
      Bradley S. Shraiberg
      Fla. Bar No. 121622
      Samuel W. Hess
      Fla. Bar No. 1044184